IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRIES BROS., INC., | CASE NO. CV F 13-0102 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Docs. 8, 10 .) |
| CITIBANK, | |
| Defendant. | |

This Court GRANTS plaintiff's unopposed F.R.Civ.P. 41(a)(2) motion to dismiss and DISMISSES without prejudice this action and all claims in entirety. The clerk is directed to close this action.

IT IS SO ORDERED.

Dated:  March 19, 2013          /s/  Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1